JS-6

1
2
3
4
5
6
7

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| B.P.,  a minor by and through his Guardian Ad Litem, N.P.<br><br>    Plaintiff,<br><br>  v.<br><br>DOWNEY UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No: CV14-5672 RGK (CWX)<br>[Hon. R. Gary Klausner, Courtroom '850' and Magistrate Judge  Carla Woehrle, COURTROOM '640']<br>(Complaint filed on July 22, 2014)<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR REQUEST FOR DISMISSAL OF ENTIRE ACTION**<br><br>Trial Date:  September 15, 2015<br>Pre-Trial Conf.: August 31, 2015 |

## ORDER

        Having been notified by counsel that this matter has resolved, and having

considered the parties' joint stipulation requesting dismissal of the entire action, the

Court ORDERS:

        1.        The above captioned matter, CV 14-5672 RGK (CWX), is dismissed with

prejudice.  Except as otherwise agreed, the parties will bear their own costs and

attorneys' fees.

        **IT IS SO ORDERED.**

DATED: September 9, 2015        _____

                        THE HONORABLE R. GARY KLAUSNER
                        JUDGE OF THE UNITED STATES DISTRICT COURT

-1-